**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOSE ROBERTO RAMIREZ CASTRO,<br><br>           Petitioner,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>           Respondents. | CASE NO. 5:26-cv-01947-AB-SK<br><br>**JUDGMENT** |

Pursuant to the Court's Order Denying Petition Without Prejudice as Moot, IT IS ADJUDGED that this action under 28 U.S.C. § 2241 is DISMISSED WITHOUT PREJUDICE.

The Clerk is instructed to close this case.

IT IS SO ORDERED.

DATED: July 7, 2026

_____
HON. ANDRÉ BIROTTE JR.
United States District Judge